

SO ORDERED.

Dated: February 24, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50344

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Richard E. Garcia and Tracy L. Garcia<br>        Debtors.<br>_____<br>CitiMortgage, Inc.<br>        Movant,<br>  vs.<br>Richard E. Garcia and Tracy L. Garcia, Debtors,<br>Russell A. Brown, Trustee.<br>        Respondents. | No. 2:09-bk-30555-CGC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #17) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 25, 2005 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Richard E. Garcia and Tracy L. Garcia have an interest in, further described as:

> Lot 174, of ROSEVIEW UNIT 8, according to Book 509 of Maps, Page 5 and Affidavits recorded in Instrument No. 00-457062 and Instrument No. 00-563842, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ___ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT